**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CARLOS ESCOBAR,

                Plaintiff,                23 **CIVIL** 5722 (KMK)(AEK)

     -v-                          **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated November 27, 2023, that this action be, and

hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence

four of 42 U.S.C. § 405(g), for further administrative proceedings and issuance of a new

decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

      November 28, 2023

                                   **RUBY J. KRAJICK**
                                   **Clerk of Court**

               **BY:**
                         _____
                                **Deputy Clerk**